## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ERIK DIEDRICHSEN and RIVERBEND RESOURCES INC., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, and UNINCORPORATED ASSOCIATES IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 1:24-cv-02773 <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S LOCAL RULE 3.4
## NOTICE OF CLAIMS INVOLVING PATENTS OR TRADEMARKS

PLEASE TAKE NOTICE that on April 5, 2024, Erik Diedrichsen and Riverbend Resources, Inc. (collectively, "Plaintiffs") filed a complaint raising claims including the parties and patent below. This Notice serves to provide the clerk the following information:

Plaintiff:   Erik Diedrichsen
Riverbend Resources, Inc.
45 River Street,
West Bridgewater, MA
02379

Defendants:   The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associates Identified on Schedule "A"

| Asserted Patent(s) | Owner |
|---|---|
| U.S. Patent No. ███████ | Erik Diedrichsen |

1

DATED:  April 5, 2024

Respectfully submitted,

/s/ Edward L. Bishop
Edward L. Bishop
ebishop@bdl-iplaw.com
Nicholas S. Lee
nlee@bdl-iplaw.com
Benjamin A. Campbell
bcampbell@bdl-iplaw.com
Sameeul Haque
shaque@bdl-iplaw.com
BISHOP DIEHL & LEE, LTD.
1475 E. Woodfield Road, Suite 800
Schaumburg, IL 60173
Telephone:     (847) 969-9123
Facsimile:     (847) 969-9124

*Attorneys for Plaintiffs Erik Diedrichsen
and Riverbend Resources Inc.*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this April 5, 2024.  Any other counsel of record will be served by electronic mail and/or first-class mail.

/s/ Edward L. Bishop
Edward L. Bishop